Alphonso LORA, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 46387.

Missouri Court of Appeals,
Western District.

Jan. 19, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and SPINDEN, JJ.

## ORDER

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).